ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-3172
   Facsimile:  (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CV 13-1403 R (OPx) |
| Plaintiff, | CONSENT JUDGMENT OF FORFEITURE |
| vs. | |
| $25,931.00 IN U.S. CURRENCY, | |
| Defendant. | |

This action was filed on February 26, 2013.  Notice was given and published in accordance with law and the time for filing claims and answers has expired.  Potential claimant Antonio Bravo, Jr. ("Bravo, Jr.") from whom the defendant

1

currency was seized has not filed a claim or answer in this matter.  Notwithstanding that fact, Plaintiff and potential claimant Bravo, Jr. have reached an agreement that is dispositive of the action.  Pursuant to the agreement, Bravo, Jr. shall be relieved of his obligation to file a claim and answer.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant $25,931.00 in U.S. currency (hereinafter "defendant currency") other than Bravo, Jr. are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $22,041.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $3,890.00 of the defendant currency, without any interest earned by the government on the full amount of the defendant currency, shall be returned to Bravo, Jr. by either check or wire transfer.  If the United States elects to make the payment by check, the check will be payable to "Antonio Bravo, Jr. and Law Offices of Roger J. Rosen Client Trust Account," and

1  mailed to his attorney Roger J. Rosen, Esq. at the Law Offices
2  of Roger J. Rosen, 1801 Avenue of the Stars, Suite 1200, Los
3  Angeles, California 90067.  If the United States elects to make
4  the payment by wire transfer, the funds will be wire transferred
5  to the Law Offices of Roger J. Rosen Client Trust Account.
6  Bravo, Jr. and his attorney shall provide any and all
7  information needed to process the return of these funds
8  according to federal law.
9       5.   Bravo, Jr. hereby releases the United States of
10 America, its agencies, agents, and officers, including employees
11 and agents of the Drug Enforcement Administration, as well as
12 all agents, officers, employees and representatives of any state
13 or local government or law enforcement agency involved in the
14 investigation or prosecution of this matter, from any and all
15 claims, actions or liabilities arising out of or related to the
16 seizure of the defendant currency or the prosecution of this
17 action, including, without limitation, any claim for attorney's
18 fees, costs or interest which may be asserted on behalf of
19 Bravo, Jr., whether pursuant to 28 U.S.C. § 2465 or otherwise.
20      6.   The court finds that there was reasonable cause for
21 the seizure of the defendant currency and institution of these
22 proceedings.  This judgment shall be construed as a certificate
23 of reasonable cause pursuant to 28 U.S.C. § 2465.
24 ///
25 ///
26 ///
27 ///
28 ///

7. The parties stipulate and request that the Motion for Default Judgment scheduled for July 1, 2013 be taken off calendar if the Court approves and enters this Consent Judgment.

Dated: June 10, 2013 _____
THE HONORABLE MANUEL REAL
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: June 7, 2013        ANDRÉ BIROTTE JR.
                           United States Attorney
                           ROBERT E. DUGDALE
                           Assistant United States Attorney
                           Chief, Criminal Division
                           STEVEN R. WELK
                           Assistant United States Attorney
                           Chief, Asset Forfeiture Section


                                  /S/
                           _____
                           KATHARINE SCHONBACHLER
                           Assistant United States Attorney

                           Attorneys for Plaintiff
                           United States of America


DATED: June 7, 2013        LAW OFFICES OF ROGER J. ROSEN


                                  /S/
                           _____
                           ROGER J. ROSEN
                           Attorneys for Antonio Bravo, Jr.


DATED: June 7, 2013
                                  /S/
                           _____
                           Antonio Bravo, Jr.

4